IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02832-WYD-KMT

KELLY GROVER,

    Plaintiff,

v.

SCOTT LOWERY LAW OFFICE, P.C., d/b/a P. SCOTT LOWERY, P.C.,

    Defendant.

## **ORDER**

    In light of the Notice of Voluntary Dismissal filed February 22, 2010, this case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A).

    Dated this 23rd day of February, 2010.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    CHIEF UNITED STATES DISTRICT JUDGE